DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of K.T., a child.

L.T.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-0799
_____

November 5, 2025

Appeal from the Circuit Court for Hillsborough County; Katherine G. Essrig, Judge.

Bryant A. Scriven of Scriven Law, P.A., Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Justin R. Ravelo, and Sarah Todd Weitz, Senior Attorney, Tallahassee, for Appellee Statewide Guardian ad Litem Office.

PER CURIAM.

Affirmed.

LaROSE, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.